UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANA PATRICIA ARELLANES,

    Plaintiff,

-vs-                                          Case No. 6:06-cv-127-Orl-28JGG

CLEANING FLORIDA SERVICE
CORPORATION, MANUEL VILLAREAL,

    Defendants.
_____

## ORDER

This case is before the Court on review of the settlement conference scheduled for August 23, 2006 (Doc. 27), the Motion to Continue the Magistrate Settlement Conference (Doc. No. 32) filed August 22, 2006, and the Order to Show Cause (Doc. 33) filed August 22, 2006. The United States Magistrate Judge has submitted a report recommending that the case be dismissed and the motion to continue the settlement conference be denied as moot.

After an independent *de novo* review of the record in this matter, including review of the response to the Report and Recommendation (Doc. 37), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 23, 2006 (Doc. No. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    This case is dismissed without prejudice.

3. All pending motions are **DENIED** as moot.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __20__ day of September, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party